



March 01, 2016

Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor,
P.O. Box 8705,
Wilmington, DE  19899-8705

Re:  Variant Holding Company, LLC, et al., Debtors/Pltfs. vs. Courtland Gettel, etc., et al., Dfts. // To: Unidentified Entity

Case No.  1412021BLS     *15-50931*

Dear Sir/Madam:

The Corporation Trust Company received documents.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 528736928

Sent By Regular Mail


cc:  Delaware District - U.S. Bankruptcy Court
     824 Market Street,
     5th Floor,
     Wilmington, DE  19801